In the Matter of the Claim of MARK A. STERNE, Appellant. COMMISSIONER OF LABOR, Respondent.

Decided February 13, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.